# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0015.  KRIEG v. KRIEG.**

Upon consideration of Kendra Krieg's emergency motion seeking an extension of time in which to file a discretionary application, the same is hereby GRANTED. Movant shall have until October 4, 2024 to file her application.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/04/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*